417 A.2d 776

Commonwealth v. Green, Appellant.

612

Submitted December 8, 1978. Carl E. Watts, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order and judgment of sentence of the lower court is hereby affirmed.